EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 01 2003

at 3 o'clock and 54 min P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES H. REEVES, II,<br><br>　　　　　Defendant. | CR. NO. CR03-00206 HG<br><br>INDICTMENT<br><br>Counts 1 & 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>Count 3: 18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>Count 4: 18 U.S.C. § 922k and 924(a)(1)(b) |

### INDICTMENT

#### COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

In or about January 2003, in the District of Hawaii, the defendant JAMES H. REEVES, II, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce a firearm, to wit, a Colt Government Model .380 semiautomatic pistol, manufactured by Colt in Connecticut.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 2**
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury further charges that:

On or about February 11, 2003, in the District of Hawaii, the defendant JAMES H. REEVES, II, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce a firearm and ammunition, to wit, a Colt Government Model .380 semiautomatic pistol, with no apparent serial number, manufactured by Colt in Connecticut, and seven rounds of .380 caliber ammunition manufactured by Winchester in Illinois.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 3**
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about February 11, 2003, in the District of Hawaii, the defendant JAMES H. REEVES, II, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, a Colt Government Model .380 semiautomatic pistol, with no apparent serial number, manufactured by Colt in Connecticut, and seven rounds of .380 caliber ammunition manufactured by Winchester in Illinois.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

2

## COUNT 4
(18 U.S.C. §§ 922(k), 924(a)(1)(B))

The Grand Jury further charges that:

On or about February 11, 2003, in the District of Hawaii, the defendant JAMES H. REEVES, II, did knowingly possess a firearm, to wit, a .380 Colt Government Model semiautomatic pistol manufactured by Colt in Connecticut, which had had the manufacturer's serial number removed and which had, at some point in time, been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED:  May 1, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. JAMES H. REEVES, II
Cr. No.          (Indictment)